# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 1:07-CR-0205-03 |
| : | 1:07-CR-0205-04 |
| v. : | |
| : | (Judge Conner) |
| GARY R. SOLLENBERGER, and : | |
| WENDELL D. SOLLENBERGER : | |

## ORDER

AND NOW, this 3rd day of September, 2009, upon consideration of the appearance bonds posted on behalf of defendants Gary R. Sollenberger and Wendell D. Sollenberger, (see Docs. 216, 220), and it appearing that Avery and Dena Sollenberger delivered funds for the same to the Clerk of Court on September 11, 2008, (see Docs. 216, 220), and that Dena Sollenberger has requested return of the bond monies, (see Doc. 290), and it further appearing that the funds posted as bond were loaned to Dena Sollenberger by her brother and sister-in-law, Earl and Thelma Glick, (see Doc. 299; Doc. 303), that Earl Glick has also requested return of the bond monies, (see Doc. 299), that the United States does not object to the return of the funds to Earl and Thelma Glick, (see Doc. 307), and that no other individuals claiming an interest in the funds have come forth to claim the funds, and the court concluding that funds posted as an appearance bond should ordinarily be exonerated in favor of the individual "to whom the funds actually belong," United States v. Ener, 278 F. Supp. 2d 441, 449 (E.D. Pa. 2003); see also FED. R. CRIM. P. 46(g), it is hereby ORDERED that:

1. The Clerk of Court is instructed to release the appearance bond monies posted on behalf of defendants Gary R. Sollenberger and Wendell D. Sollenberger, in the amount of $100,000, to the true owners of said money, Earl and Thelma Glick.

2. The Clerk of Court is instructed to serve Earl and Thelma Glick with a copy of this order, as well as the monies referenced in Paragraph 1, via certified mail, at the following address:

> 12963 Lincoln Way N.W.
> Massillon, OH 44647-9635

/s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge